IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE ARDEN GROUP, INC. et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | No. 09-3193 |
| v. | : | |
| | : | |
| CAMILLE O. HOFFMAN, et al., | : | |
| Defendant. | : | |
| | : | |

## ORDER

**AND NOW**, this 30th day of November, 2011, upon consideration of Defendant and Cross-Plaintiff Robert W. Schulz's Motion for Summary Judgment (Doc. No. 65), Cross-Defendants' response in opposition (Doc. No. 74), after oral argument held on November 29, 2011, and for reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Schulz's motion is **DENIED**.

BY THE COURT:

/s/ Mitchell S. Goldberg

_____

**Mitchell S. Goldberg, J.**