## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE ARDEN GROUP, INC. et al.,  :  <br>     Plaintiffs,  : <br> : <br> v.  : <br> : <br> CAMILLE O. HOFFMAN, et al.,  : <br>     Defendant.  : <br> : | CIVIL ACTION <br><br> No. 09-3193 |

## ORDER

**AND NOW**, this 30th day of November, 2011, upon consideration of Defendant and Cross-Plaintiff Robert W. Schulz's Motion for Summary Judgment (Doc. No. 65), Cross-Defendants' response in opposition (Doc. No. 74), after oral argument held on November 29, 2011, and for reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Schulz's motion is **DENIED**.

                                                  BY THE COURT:

                                                  /s/ Mitchell S. Goldberg

                                                  _____

                                                  **Mitchell S. Goldberg, J.**