IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| THE ARDEN GROUP, INC., et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | No. 09-3193 |
| v. | : | |
| | : | |
| CAMILLE O. HOFFMAN, et al., | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 12th day of December, 2012, upon consideration of Cross-Defendant Oliver Hoffman Corporation's ("OHC") "Motion for Leave to File an Amended Answer and Affirmative Defense" (Doc. No. 98), the response, reply and supplemental briefings thereto, after a telephone conference held on October 1, 2012 and for reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the motion is **GRANTED** in part and **DENIED** in part as follows:

- OHC's motion for leave to file an amended answer and affirmative defense is **DENIED**.

- OHC's request to file a late jury demand is **GRANTED**.

BY THE COURT:

/s/ Mitchell S. Goldberg

_____
**Mitchell S. Goldberg, J.**